LARRY A. PETERSON, State Bar No. 138416
LAW OFFICE OF LARRY A. PETERSON
2021 The Alameda, Suite 160
San Jose, CA 95126
Tel: 408.249.6064
lapetersn@gmail.com

Attorney for Plaintiff
DANIEL SULLIVAN

ANDREW H. BAKER, State Bar No. 104197
BEESON, TAYER & BODINE
Ross House, 2nd Floor
483 Ninth Street
Oakland, CA 94607
Tel: 510.625.9700
abaker@beesontayer.com

Attorneys for Defendants INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, LOCAL
853, MICHAEL AMARAL, and ROME
ALOISE

ERIC MECKLEY, SBN 168181
KATHRYN M. DANCISAK, SBN 259392
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
kdancisak@morganlewis.com

Attorneys for Defendants
ARAMARK UNIFORM & CAREER
APPAREL, LLC (improperly named as
ARAMARK UNIFORM AND CAREER
APPAREL, INC.) and BILL PACHECO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DANIEL SULLIVAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC.; BILL PACHECO; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 853; MICHAEL AMARAL; ROME ALOISE, and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. C 11-02973 HRL<br><br>**JOINT STIPULATION; DECLARATION; AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:       October 25, 2011<br>Time:      1:30 p.m.<br>Courtroom: 2<br>Judge:    Hon. Howard R. Lloyd<br><br>Date of Filing:  March 9, 2011 |

1    Pursuant to Northern District Civil Local Rules 6-2(a) and 7-12 , Plaintiff Daniel Sullivan

2  ("Plaintiff") and Defendants ARAMARK Uniform & Career Apparel, LLC ("AUCA") (sued as

3  ARAMARK Uniform and Career Apparel, Inc.), Bill Pacheco, International Brotherhood of

4  Teamsters, Local 853, Michael Amaral, and Rome Aloise (collectively, "Defendants") (Plaintiff

5  and Defendants are referred to as the "Parties" herein), by and through their respective counsel,

6  stipulate and agree to the following:

7    WHEREAS, on September 16, 2011, the Union and ARAMARK defendants each filed

8  motions to dismiss Plaintiff's First Amended Complaint;

9    WHEREAS, Defendants' motions to dismiss are set for hearing on November 8, 2011;

10    WHEREAS, this Court has scheduled this matter for an initial Case Management

11  Conference on Tuesday, October 25, 2011, at 1:30 p.m.;

12    WHEREAS, given the pending motions to dismiss, conducting the initial Case

13  Management Conference prior to the Court's ruling on such motions would result in judicial

14  inefficiency and create an unnecessary drain on the time and resources of both the Court and the

15  Parties.  As a result, the Parties agree and respectfully request that the initial Case Management

16  Conference be continued to a date no earlier than November 29, 2011, in order to allow sufficient

17  time for the Court to rule on Defendants' respective motions and for the Parties to evaluate their

18  positions following the Court's ruling.  No prior extensions of time have been requested;

19    WHEREAS, the Parties request that the deadline for filing of their Joint Case

20  Management Conference Statement be continued to seven (7) days before the date of the

21  continued initial Case Management Conference;

22    THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that the initial

23  Case Management Conference be continued to a date no earlier than November 29, 2011, at 1:30

24  p.m., and the deadline for the filing of the Joint Rule 26(f) Report will be continued until seven

25  (7) days prior to the date of the continued Case Management Conference.  Filed concurrently

26  herewith is the Declaration of Kathryn Dancisak in support of this Stipulation, in compliance with

27  and pursuant to Civil Local Rule 6-2(a).

28

1  JOINT STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE
(CASE NO. C 11-02973 HRL)

DB2/22721901.1

1

2    Dated: October 12, 2011                    LAW OFFICE OF LARRY A. PETERSON

3

4                                               By:  _____

5                                                   Larry A. Peterson
                                                    Attorney for Plaintiff
6                                                   DANIEL SULLIVAN

7    Dated: October 12, 2011                    MORGAN, LEWIS & BOCKIUS LLP

8

9                                               By: /s/ Kathryn M. Dancisak _____
                                                    Kathryn M. Dancisak
10                                                  Attorneys for Defendants
                                                    ARAMARK UNIFORM & CAREER
11                                                  APPAREL, LLC and BILL PACHECO

12   Dated: October 12, 2011                    BEESON, TAYER & BODINE

13

14                                              By:  _____
                                                    Andrew H. Baker
15                                                  Attorneys for Defendants
                                                    INTERNATIONAL BROTHERHOOD
16                                                  OF TEAMSTERS, LOCAL 853,
                                                    MICHAEL AMARAL, and ROME
17                                                  ALOISE

18

19

20

21

22

23

24

25

26

27

28
                                        2        JOINT stipulation; declaration;
                                                 and [proposed] order continuing
                                                 CASE MANAGEMENT conference
     DB2/ 22721901.1                             (CASE NO. C 11-02973 HRL)

1   Dated:  October 12, 2011                    LAW OFFICE OF LARRY A. PETERSON

2

3                                               By: _____
                                                    Larry A. Peterson
4                                                   Attorney for Plaintiff
                                                    DANIEL SULLIVAN
5
    Dated:  October 12, 2011                    MORGAN, LEWIS & BOCKIUS LLP
6

7
                                                By:  /s/ Kathryn M. Dancisak_____
8                                                   Kathryn M. Dancisak
                                                    Attorneys for Defendants
9                                                   ARAMARK UNIFORM & CAREER
                                                    APPAREL, LLC and BILL PACHECO
10
    Dated:  October 12, 2011                    BEESON, TAYER & BODINE
11

12
                                                By: ___ /s/ Andrew H. Baker_____
13                                                  Andrew H. Baker
                                                    Attorneys for Defendants
14                                                  INTERNATIONAL BROTHERHOOD
                                                    OF TEAMSTERS, LOCAL 853,
15                                                  MICHAEL AMARAL, and ROME
                                                    ALOISE
16

17

18

19

20

21

22

23

24

25

26

27

28
                                      2          JOINT STIPULATION; DECLARATION;
                                                 AND [PROPOSED] ORDER CONTINUING
                                                 CASE MANAGEMENT CONFERENCE
                                                 (CASE NO. C 11-02973 HRL)

DB2/ 22721901.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION

I, Kathryn M. Dancisak declare under penalty of perjury as follows:

1.     I am an associate at the law firm of Morgan, Lewis & Bockius LLP, attorneys for Defendants ARAMARK Uniform & Career Apparel, LLC ("AUCA") (sued as ARAMARK Uniform and Career Apparel, Inc.) and Bill Pacheco in this action.  I am licensed to practice law in the State of California and have been admitted to practice in the Northern District of California. I have direct and personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would competently testify to these facts.

2.     The reason for the requested continuance of the initial Case Management Conference is to promote judicial efficiency and conserve the time and resources of both the Court and the Parties in light of the pending motions to dismiss the First Amended Complaint.

3.     The Court previously continued the initial Case Management Conference until October 25, 2011 by Notice of the Clerk after the Court dismissed Plaintiff's Complaint.

4.     After Plaintiff filed a First Amended Complaint, Defendants filed motions to dismiss the First Amended Complaint, which are noticed for hearing on November 8, 2011.

5.     I have met and conferred with counsel for all Parties and we agreed to stipulate to continue the Case Management Conference to a date no earlier than November 29, 2011.  This will allow sufficient time for the Court to rule on Defendants' respective motions and for the Parties to evaluate their positions following the Court's ruling.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of October 2011 at San Francisco, California.


_____
/s/ Kathryn M. Dancisak
Kathryn M. Dancisak

JOINT STIPULATION; DECLARATION;
AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
(CASE NO. C 11-02973 HRL)

DB2/ 22721901.1

1

## ORDER

2

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

The initial Case Management Conference in this matter is continued to

5

_____December 13, 2011_____. A joint case management conference statement

6

must be filed seven (7) days prior to the Case Management Conference.

7

8

Dated: _____October 19_____, 2011       _____

9

Honorable Howard R. Lloyd
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOINT STIPULATION; DECLARATION;
AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
(CASE NO. C 11-02973 HRL)

**C11-02973 HRL** Notice will be electronically mailed to:

| | |
|---|---|
| Andrew H. Baker | abaker@beesontayer.com, eaviva@beesontayer.com, lhodge@beesontayer.com |
| Eric Meckley | emeckley@morganlewis.com, mary.gonzalez@morganlewis.com |
| Kathryn M. Dancisak | kdancisak@morganlewis.com, kgregory@morganlewis.com |
| Larry Alan Peterson | lapetersn@gmail.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California